CFCF ☑
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System
### Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name **Robert TAYLOR**   Housing Unit **B2-1**
Intake Number _____   Police Photo Number **946529**

**Description of Grievance, Incident or Problem**
*(include date and time of incident)*

DUE TO MY Religious practice And DoctRine. AM cuRRently observing And Implementing my Religious dietary of Not eating and drinking during daylight hours. Since beginning my Religious Practice of this Food dietary I have not been Receiving meals on time At sundown and Have been served meals 1 to 2 hours After meal (Food) is due to be Eating. Also have not Received healthy, Nutritious, sufficient meals (Food) in Accordance with Practice and belief of religious dietary. This began And has been happening starting from Dates on/Around 6-6-2016 to 6-10-2016 currently

**Action Requested by Inmate:**
Serve Nutritious sufficient meals According to Religious beliefs prior to daylight ending so I may be able to eat as soon as required

See: Continuation of Grievance - Page 2    Yes ☐    No ☐

**Describe how and when you tried to resolve this Grievance informally.**
mentioned to Facility officials At start of Religious practice

Date that you are depositing this Grievance in a grievance box:

_Robert Taylor_                                           **6-10-2016**
(Signature of Grievant)                                      (Date)

Distribution: 1. Deputy Warden for Administration   2. Warden   3. Inmate's Receipt of Filing

## Philadelphia Prison System

### Inmate Grievance Form

ASD ☐
CFCF ☑
DC ☐
HOC ☐
PICC ☐

Check box only if grievance is regarding Medical Services ☐

Name ROBERT TAYLOR  Housing Unit B2-1
Intake Number_____  Police Photo Number 946529

**Description of Grievance, Incident or Problem**
*(include date and time of incident)*

12-20-16

Current continues Problem.
Being Denied Proper area For Religious Services and Prayers.
The institution Provides designated Proper area's For these
Religious duties everyday a number of times a day For All
those of Religious status. Holding cells are inappropriate and
inadequate For these Duties, Prayers as there is overcrowded
conditions which there's no Room and it is against my religion
To pray next to a toilet. As well as other issues. Barring.
Prohibiting, Non-Allowance and discouragement From Religious
Prayer or services on the housing block are clearly against
institutional Policy.

**Action Requested by Inmate:**
Proper Area to Perform Religious duties, Prayers Each day the
Amount of times a day as Required and Non-interference
on housing Block when open For Activities.

See: Continuation of Grievance - Page 2  Yes ☐  No ☐

**Describe how and when you tried to resolve this Grievance informally.**
Brought this to officials, Also address these issues in
June of 2016.

Date that you are depositing this Grievance in a grievance box:

Robert Taylor  December 21, 2016
(Signature of Grievant)  (Date)

Distribution: 1. Deputy Warden for Administration  2. Warden  3. Inmate's Receipt of Filing

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

☐ ASD ☑ CFCF ☐ DC ☐ HOC ☐ PICC ☐ RCF

NAME: ROBERT TAYLOR  HOUSING UNIT: B2-1
PID: 946529  INTAKE NUMBER: 1522426

Check box only if grievance is regarding Medical Services ☐

**Description of Grievance, Incident or Problem**
(Include date and time of incident)

MARCH 3, 2017
2:24 Pm

Institutional Deprivation of Religious exercise. Religious Friday service which is to be held weekly. Did not take place. This Belief and exercise of my religious Faith Have Been Denied me. Even for periods of up to (Two) 2 months without taking place. There is Also no daily provisions made or Allowed for my everyday prayers or assembly. There is no provided or access to a minister of my religion. Other Religions in institution have this And are provided religious prayers and service area which they attend leaving off the Housing area for up to (3) three times a day. There has And is constant continual institutional discrimination And harassment, infringement of my religion.

**Action Requested by Inmate:**

Daily access to area for prayers and service, Religious minister for my religion in the institution, and for religious mandatory service to take place weekly.

See: Continuation of Grievance – Page 2 YES ☐ No ☐

Describe how and when you tried to resolve this Grievance informally.

mentioned this to officials prior to this Grievance

Date that you are depositing this Grievance in a grievance box: March 3, 2017

Signature of Grievant: Robert Taylor  Date: March 3, 2017

86-570 (Rev. 6/16) 1. Deputy Warden for Administration  2. Warden  3. Inmate's Receipt of Filing

# EXHIBIT (D)

CFCF ☐
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System
### Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name (Armband Name): Robert TAYLOR
Intake Number: _____
Housing Unit: B2-1 Cell 9
Police Photo Number: 946529

**Description of Grievance, Incident or Problem**
(include date and time of incident)

This matter is regarding medical. Have requested And need Vegetarian meals and Health shakes Also multivitamins w/minerals Have An Immune thyroid condition which requires this Proper dietary I Have been losing weight, passing out And continuesly getting sick

**Action Requested by Inmate:**
issueing veggie meals shake, mutivitamins/mineaels -- and Diet Teas

See: Continuation of Grievance - Page 2   Yes ☐   No ☐

**Describe how and when you tried to resolve this Grievance informally.**
Sent Request form in To Medical Explained Also went in was seen And Explaind All this thaew out month of Dec 2015

Date that you are depositing this Grievance in a grievance box:

_____ (Signature of Grievant)     1/1/16 (Date)

Distribution: 1. Deputy Warden for Administration   2. Warden   3. Inmate's Receipt of Filing

# SICK CALL REQUEST

Check one: _____ Dental   ✓ Medical   _____ Mental Health

Name: ROBERT TAYLOR   Inmate I.D. Number 746529
(Print Name)

Social Security No. _____

Housing Unit: B2-1

Medical Problem (be specific): To The Doctor, I cannot Eat The Regularly served Food which makes me sick, nor any soy meat. Have Brought this notice since Entrance in Facility. To date I have lost 40 pounds and Am struggling with my health, need And Request Special Dietary trays of vegetarian meals, which you Approve for these circumstances. Respectfully requested

Inmate's Signature Robert Taylor   Date: 12-26-16   Time: 10:35

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _____   Date: _____   Time: _____

86-146

# SICK CALL REQUEST

Check one: ___ Dental  ✓ Medical  ___ Mental Health

Name: ROBERT TAYLOR (Print Name)

Inmate I.D. Number 946529

Social Security No. ___

Housing Unit: B2-1

Medical Problem (be specific): I have been receiving my special dietary sandwitch pack with meat. I am prescribed under veg vegetasian no meat as labeled. Respectfully request that cheese (veg) be issued in my sandwitch pack so that I may eat as required. Without meat

Inmate's Signature Robert Taylor   Date: 2-19-17   Time: 5:36 pm

**FOR MEDICAL UNIT USE ONLY**

Disposition: ___

Provider's Signature: ___   Date: ___   Time: ___

86-146

# SICK CALL REQUEST

Check one: _____ Dental   __V__ Medical   _____ Mental Health

Name: ROBERT TAYLOR
(Print Name)

Social Security No. _____

Inmate I.D. Number 946529

Housing Unit: B2-1

Medical Problem (be specific): I was prescribed Health shakes for my SpeciAL Diet condition back in November of 2016 which I have never Received. even this with nurse Attending whom I seew for checkup on Feb 13 of 14, 2017, I was told I would be getting refill order of shakes. I am suffering daily And my physical condition is deteriorating. Respectfully request that I receive my Health shakes daily that Are prescribed for me.

Inmate's Signature Robert Taylor    Date: 2-22-17    Time: 2:35 P.m

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _____    Date: _____    Time: _____

86-146

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

☐ ASD  ☑ CFCF  ☐ DC  ☐ HOC  ☐ PICC  ☐ RCF

NAME: ROBERT TAYLOR    HOUSING UNIT: B2-1
PID: 946529             INTAKE NUMBER: 1522426

Check box only if grievance is regarding Medical Services ☐

**Description of Grievance, Incident or Problem**
(Include date and time of incident)

TO ARAMARK  — March 11, 2017  6:37 Pm
DieTARY DEPRIVATION

This Food Dietary service has Been "Deliberately Indifferent" To my needs. My special Dietary Health Shakes which were ISSUED To me November 2016 HAve Never Been provided or Distributed To me By Aramark Dietary Service. This has And is currently causing undue suffering. As my physical medical condition of (Low Blood sugar, chronic Thyroid, Anemia periodic Low Blood pressure, And severe weight Loss, which has At A point Reached 45 pounds Below weight. Requires me to Receive Nutrient health shakes.

**Action Requested by Inmate:**
To Receive Dietary health shakes As soon as possible.

See: Continuation of Grievance – Page 2  YES ☐  No ☐

Describe how and when you tried to resolve this Grievance informally.
Brought this matter To officials And Address this medical during checkups, evaluations. Last visit in February 2017.

Date that you are depositing this Grievance in a grievance box: March 12, 2017

Signature of Grievant: Robert Taylor    Date: March 11, 2017

86-570 (Rev. 6/16)  1. Deputy Warden for Administration  2. Warden  3. Inmate's Receipt of Filing



# SICK CALL REQUEST

Check one: _____ Dental  ✓ Medical  _____ Mental Health

Name: ROBERT TAYLOR
(Print Name)

Inmate I.D. Number 94652 29

Social Security No. _____

Housing Unit: D 1-1

Medical Problem (be specific): Need As th me inhaler Immediately HAve Been empty of AlButerol Rescue inhAler For DAys. Am Tired And have Been shoot of BReathe. Extremely STRuggling. WAs informed By previous sick call To get Refill on Back From meds-Line But I was Refused And told must go To medical. Respectfully Request TReatment And Refill As soon As possible please.

Inmate's Signature Robert Taylor  Date: 4-17-17  Time: 8:20 pm

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _____  Date: _____  Time: _____

86-146

Attachment 3.F.10.a

# PHILADELPHIA DEPARTMENT OF PRISONS
## INMATE GRIEVANCE FORM

☐ ASD  ☑ CFCF  ☐ DC  ☐ HOC  ☐ PICC  ☐ RCF

NAME: ROBERT TAYLOR        HOUSING UNIT: D1-1
PID: 946529                INTAKE NUMBER: 1522426

Check box only if grievance is regarding Medical Services ☑

### Description of Grievance, Incident or Problem
(Include date and time of incident)

APRIL 17, 2017 8:20 PM Deliberate Indifference To Medical Needs

I had To go To medical on morning of April 18, 2017 For Asthma Breathing Treatment Due To severe shortness of Breathe And Hyper ventilating - Asthma Attack. Later on same date Awaited Response of Sick Call Request I Submitted Regarding this medical Problem of needing my Breathing Inhaler upon prior sick call was Directed To meds-Line For Asthmah inhaler Renewal Went to meds-Line and was sent Back To medical. Neither one Tended To This Emergency medical need. As result of not having my medicine am not Able To Talk, walk to much and have Been short of Breathe For a week To Date. And Am suffering unduely which can result in Fatality. In violation of my constitutional and statutory Rights secured By The Eight and Fourteenth Amendments

### Action Requested by Inmate:

respectfully Request For Issuance of Albuterol Asthma Inhaler and any Further Appropriately needed medicine. So I can Breathe

See: Continuation of Grievance – Page 2  YES ☐  No ☐

Describe how and when you tried to resolve this Grievance informally.

Sick Call Request on April 17 2017 and Before And discussed this with medical staff on April 16 + 19, 2017

Date that you are depositing this Grievance in a grievance box: 4-21-17

Signature of Grievant: Robert Taylor        Date: 4-21-17

86-570 (Rev. 6/16) 1. Deputy Warden for Administration  2. Warden  3. Inmate's Receipt of Filing

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

| ☐ ASD | ☑ CFCF | ☐ DC | ☐ HOC | ☐ PICC | ☐ RCF |

NAME: ROBERT TAYLOR  HOUSING UNIT: D1-1
PID: 946529  INTAKE NUMBER: 1522426
Check box only if grievance is regarding Medical Services ☑

### Description of Grievance, Incident or Problem
(Include date and time of incident)

April 21, 2017
on/around 10:00 Am
MEDICAL DENIAL/DELIBERATE INDIFFERENCE

GRIEVANT/INMATE went To medical For Emergency Breathing Treatment For His Asthma As GRIEVANT/INMATE has Been without inhaler For DAYS. GRIEVANT/Inmate was denied and refused Treatment By Triage medical STAFF Reason given was that weezing was not heard From his Lungs And thats the only way to receive Treatment After Being Repeatedly Told By Grievant/Inmate that His Lungs were constricted And He could not Breathe But Barely having short Breathe GRIEVANT/Inmate was Told Nothing could Be Done And That He was prescribed an Inhaler A week Before. Grievant/Inmate Told medical staff That that was A Different medicine which medical Kept Grievant/Inmate Does not have or use Due to it making him sicker and having Allergic reaction of throat swelling NAUSEA And other complications GRIEVANT/Inmate is usually Issued His Albuterol medicine But For some Reason now is Being Refused it. As Result Grievant/Inmate is Being Put To undue suffering In violation of his constitutional And statutory Rights Secured By the Eight and Fourteenth Amendments

### Action Requested by Inmate:
That Grievant/Inmate Be Given Treatment And His proper medicine

See: Continuation of Grievance – Page 2  YES ☐  No ☐

Describe how and when you tried to resolve this Grievance informally.

Before this written notice on April 21, 2017 Brought this To medical staff's Attention as well as on April 17, 2017

Date that you are depositing this Grievance in a grievance box: April 21, 2017

Signature of Grievant: Robert Taylor  Date: April 21 2017

86-570 (Rev. 6/16) 1. Deputy Warden for Administration  2. Warden  3. Inmate's Receipt of Filing

Attachment 3.F.10.a

| PHILADELPHIA DEPARTMENT OF PRISONS |
| --- |
| INMATE GRIEVANCE FORM |

☐ ASD ☑ CFCF ☐ DC ☐ HOC ☐ PICC ☐ RCF

NAME: ROBERT TAYLOR            HOUSING UNIT: D1-1
PID: 946529                    INTAKE NUMBER: 1522426
Check box only if grievance is regarding Medical Services ☑

**Description of Grievance, Incident or Problem**
(Include date and time of incident)

June 25, 2017
on/Around Time 10:00 pm

DENIAL OF MEDICAL ATTENTION

Grievant was Brought in CFCF medical Unit for Injury sustained in Facial and Eyes After Being sprayed By Prison officials with chemical component. Grievant was Blinded and in excruciating, Pain, And hyperventilating as grievant had allergic reaction to chemicals. Grievant was refused Treatment And Denied Transport to the hospital. In violation of Grievants Constitutional and Statutory Rights secured BY the Eighth and Fourteenth Amendments.

**Action Requested by Inmate:**

For Any Arising And current medical issues of Grievant to Be Taken to nearest hospital or Another medical Institutional Facility for All his medical needs and Attention for medical.

See: Continuation of Grievance – Page 2   YES ☐   No ☐

Describe how and when you tried to resolve this Grievance informally.

Began Formal Direct resolve

Date that you are depositing this Grievance in a grievance box: July 7, 2017

Signature of Grievant: Robert Tan            Date: July 7, 2017

86-570 (Rev. 6/16) 1. Deputy Warden for Administration  2. Warden   3. Inmate's Receipt of Filing

VERIFICATION

IN COMPLIANCE PURSUANT TO 28 U.S.C. s 1746 – UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY.

I verify that facts set forth are true and correct to the best of personal knowledge, information and belief. "I declare or verify under penalty of perjury that the foregoing document is true and correct."

Executed on     JULY 26, 2017     *Robert Taylor*

                             DATE                     ROBERT TAYLOR

*Rev. 10/2009*

## CERTIFICATE

### IN COMPLIANCE PURSUANT TO 28 U.S.C. s 1746 – UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY.

I certify that facts set forth are true and correct to the best of personal knowledge, information and belief. "I declare or certify under penalty of perjury that the foregoing is true and correct.

Executed on       JULY 26, 2017        *Robert Taylor*

                       DATE               ROBERT TAYLOR

DOCUMENT 1 OF 3 - ORDER

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT TAYLOR
Plaintiff/Petitioner
　v.
THE COMMONWEALTH OF PENNSYLVANIA
THE COMMONWEALTH COURT (CJC)
　　　AND
COMMONWEALTH COURT (CJC)
OFFICIAL JUDGE FRANK PALUMBO
THE CITY OF PHILADELPHIA
　　　AND
CITY OF PHILADELPHIA POLICE
OFFICER OBRIEN NO. 7461
AND UNNAMED AND UNKNOWN
CITY OF PHILADELPHIA POLICE
OFFICERS
THE PHILADELPHIA PRISON SYSTEM/
DEPARTMENT OF PRISONS
CURRAN-FROMHOLD
CORRECTIONAL FACILITY
　　　AND
WARDEN GERALD MAY
AND PRISON OFFICERS SERGEANT
LEBESCO, C/O A. SMITH
THE PHILADELPHIA SHERIFFS OFFICE
THE PHILADELPHIA PUBLIC DEFENDERS
ASSOCIATION AND PUBLIC DEFENDER
CHRIS ANGELO
　Defendant (s)

CASE NO.
CIVIL ACTION NO.

## ORDER

**IT IS ORDERED**
This　　　　　Day Of　　　Month And Year　　　For relief sought also Preliminary and Permanent Injunction And Equity. Motion to Court is granted for the following:

*Rev. 10/2009*

**ORDER**                   DOCUMENT 2 OF 3 - ORDER

1. Total damages, fees and costs in amount of 52,002,620 (Fifty Two Million Two Thousand Six Hundred Twenty Dollars)
2. Enjoin The Commonwealth, The City Of Philadelphia, The Philadelphia Police Department from arrest and threatened criminal prosecution for alleged probation in court where, as applied to Plaintiff/Petitioner in reliance on the fourth and fourteenth amendments, that such prosecution will result in a deprivation of Constitutional Rights
3. Enjoin The Philadelphia Prison System/Department Of Prisons, (CFCF) from overcrowding, no 3 inmate or 4 inmate celling.
4. Enjoin The Philadelphia Prison System/Department of Prisons (CFCF) from mail restrictions, violations. The reading, inspecting of inmates incoming legal, Court mail, and to not open outside of inmate presence, no outgoing mail is to be opened, and no confiscation of legal or Court materials
5. Enjoin The Philadelphia Prison System/Department Of Prisons, (CFCF) from unreasonable strip searches, and strip searches in plain view of other inmates.
6. Enjoin The Philadelphia Prison System/Department Of Prisons, (CFCF) from female c/o pat-frisk body searches of male inmates, and otherwise c/o's not to search inmates of opposite gender.
7. Enjoin The Philadelphia Prison System/Department Of Prisons, (CFCF) from confiscation of property.
8. Enjoin The Philadelphia Prison System /Department Of Prisons, (CFCF) from corporal punishment, excessive lockdowns, and restrictions.
9. Enjoin The Philadelphia Prison System/Department Of Prisons, (CFCF) lengthy confinement.
10. Order For The Philadelphia Prison System/Department Of Prisons, (CFCF) to increase amount of food tray servings.
11. Order For The Philadelphia Prison System/Department Of Prisons, (CFCF) to provide and make affordable access to inmates that require special dietary.
12. Enjoin The Philadelphia Prison System/ Department Of Prisons, (CFCF) from prohibitions, threatened lock ins', and punishments to inmates of Islamic Faith for "Free Exercise" freedom of religious beliefs to worship and peaceful assemblage on housing block activity area.
13. Order For The Philadelphia Prison System/Department Of Prison, (CFCF) to maintain and enable regular Islamic religious services.
14. Order For The Philadelphia Prison System/Department Of Prisons, (CFCF) to provide Islamic religious diet.
15. Order For The Philadelphia Prison System/Department Of Prisons, (CFCF) to have Islamic chaplain.

**ORDER**  DOCUMENT 3 OF 3 - ORDER

16. Order For The Philadelphia Prison System /Department Of Prisons, (CFCF) to conduct proper classification.
17. Order For The Philadelphia Prison System/Department Of Prisons, (CFCF) to meet minimum medical care requirements.
18. Order For Philadelphia Prison System/Department Of Prisons, (CFCF) to be in full compliance of THE CONSTITUTION AND LAWS OF THE UNITED STATES or be shut down by THE UNITED STATES.
19. Enjoin The Philadelphia Police Department from enforcing unlawful arrest and seizure. Prescribed under stop, frisk or search and detention policy, practice, custom or usage.
20. Order to Enforce liens against defendants in absence of monetary compliance.
21. Enjoin Defendants from any retaliatory actions against Plaintiff/Petitioner for this action brought.
22. Retain jurisdiction over this matter to assure full compliance with the order of this court and with applicable law and require Defendant to file such reports as the Court deems necessary to evaluate compliance.
23. Grant writ of Habeas Corpus for immediate release, discharge of any Probational restraint or confinement.
24. Expungement, and exoneration of The Courts, Criminal Justice Departments, police or Law Enforcement, And Federal Agencies of all Records. Including File, Photographs, D.N.A., Fingerprints, Documents and reports.

BY THE COURT

_____   _____
DATE

Rev. 10/2009

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUMMONS REQUEST: Summons In A Civil Action, Issuance, And Service; At Request of Plaintiff/Petitioner For service to be by someone specially appointed BY THE COURT. Under Rule 4(a)(1), (b), (c)(3). Of The Federal Rules Of Civil Procedure.

CERTIFIED COPY REQUEST: Plaintiff/Petitioner Requests a Stamped Dated Certified Copy Of This Filing To Be Returned To Plaintiff/Petitioner BY THE COURT. For This Plaintiff/Petitioner Has Sent An Additional Copy Of Filing.

JULY 26, 2017
**DATE**

*Robert Taylor*
**ROBERT TAYLOR**

Rev. 10/2009