

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT TAYLOR,<br><br>        Plaintiff,<br><br>v.<br><br>THE COMMONWEALTH OF<br>PENNSYLVANIA, et al.,<br><br>        Defendant. | CIVIL ACTION<br>NO. 17-3369<br><br>FILED<br>APR 12 2018<br>KATE BARKMAN, Clerk<br>By ___ Dep. Clerk |

## ORDER

**AND NOW**, this 11th day of April 2018, upon consideration of the Order of the United States Court of Appeals for the Third Circuit dated February 7, 2018 (Doc. No. 8), it is

**ORDERED** that Plaintiff Robert Taylor is granted leave to amend his complaint.

BY THE COURT:

/s/ Joel Slomsky
JOEL H. SLOMSKY, J.

4/12/18 mail.
Taylor

ENT'D APR 12 2018