

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ROBERT TAYLOR**
**P.O. BOX 12524**
**PHILADELPHIA, PA, 19151**

    Plaintiff

    V.

**THE COMMONWEALTH OF PENNSYLVANIA**
**COMMONWEALTH OF PENNSYLVANIA**
**DISTRICT ATTORNEYS OFFICE**
**3 s. PENN SQUARE**
**PHILADELPHIA, PA, 19107**

**THE COMMONWEALTH COURT**
**PHILADELPHIA CRIMINAL**
**JUSTICE CENTER (CJC)**
**1301 FILBERT STREET**
**PHILADELPHIA PA 19107**
    **AND**
**CURRENTLY OFFICIAL**
**JUDGE FRANK PALUMBO**

**THE CITY OF PHILADELPHIA**
**C/O CITY OF PHILADELPHIA**
**LAW DEPARTMENT**
**1515 ARCH STREET, 14TH FLOOR**
**PHILADELPHIA, PA, 19102**
    **AND**
**CURRENTLY CITY OF PHILADELPHIA POLICE**
**OFFICER OBRIEN #7461 AND UNNAMED**
**AND UNKNOWN CITY OF PHILADELPHIA**
**POLICE OFFICERS**

**CASE NO.2-17-cv-03369**

**CIVIL ACTION NO.17-3369**

**MOTION TO THE COURT**

**AMENDED**

**COMPLAINT**
**JURISDICTION**

1.   This Action Arises Under The First,
Fourth, Eighth, And Fourteenth
Amendments To THE CONSTITUTION
OF THE UNITED STATES, And Action Is
Brought Pursuant To 42 U.S.C. s 1983
Jurisdiction Is Based on 28 U.S.C. s
1331 and 1343 (1), (3), (4) And The
Aforementioned Statutory Provision.
Plaintiff Further Invokes
The Supplemental Jurisdiction Of This
Court To Hear And Adjudicate State Law
Claims Pursuant to 28 U.S.C. s 1367
(a) To Hear And Adjudicate State Law
Claims. Pursuant 28 U.S.C. s 1746. And Of
The Federal Rules Of Civil Procedure
Rules 3, 4 (a) (1), (b), (c) (1),  Rule
7 (b) (1) Motions, And Rule 15. Amended

*Rev. 10/2009*

THE PHILADELPHIA PRISON SYSTEM/
DEPARTMENT OF PRISONS
CURRAN-FROMHOLD
CORRECTIONAL FACILITY (CFCF)
7901 STATE ROAD
PHILADELPHIA, PA, 19136
        AND
CURRENTLY WARDEN GERALD MAY
AND PRISON OFFICIAL  SGT.
LEBESCO

THE PHILADELPHIA SHERIFFS OFFICE
LAND TITLE BUILDING
100 s. BROAD STREET
PHILADELPHIA, PA, 19110

THE PHILADELPHIA PUBLIC DEFENDERS
ASSOCIATION
1441 SAMSON STREET
PHILADELPHIA, PA, 19102
        AND
CURRENTLY PUBLIC DEFENDER
CHRIS ANGELO

        DEFENDANT (S)

## PARTIES

2.  Plaintiff, Robert Taylor who has a current address of P.O. box 12524 Philadelphia, PA  19151

3.  Defendant The Commonwealth of Pennsylvania.

4.  Defendant The Commonwealth Court (CJC) Criminal Justice Center, which employs
official and currently Commonwealth Court judge referred to in the caption above.

5.  Defendant The City Of Philadelphia is a Municipality Of The Commonwealth Of
Pennsylvania and owns, operates, manages, directs, and controls The Philadelphia Police
Department which employs the currently City Of Philadelphia Police Officer and unnamed and
unknown City of Philadelphia Police Officers, The Philadelphia Prison System/Department Of
Prisons which employs (CFCF) and its warden and Prison Officials, The Philadelphia Sheriffs Office,
And The Philadelphia Public Defenders Association and Currently Public Defender referred to in
the caption above.

*Rev. 10/2009*

6.  Defendants The Commonwealth Of Pennsylvania, The City Of Philadelphia, The Philadelphia Prison System/Department Of Prisons, The Philadelphia Sheriffs Office, The Commonwealth Court Philadelphia Criminal Justice Center, The Philadelphia Public Defenders Association. Also the currently Judge is an Official and employee of The Commonwealth Philadelphia Criminal Justice Center, The City Of Philadelphia Police Officer, And unnamed and unknown City Of Philadelphia Police Officers are employees Of The Philadelphia Police Department, (CFCF), The warden and Prison Officials referred to in the caption above are employees of The Philadelphia Prison System/Department of Prisons, The Public Defender referred to in the caption above is a employee of The Philadelphia Public Defenders Association, And at all times relevant to the facts, statements and averments of this complaint were acting under color of state law, And are being sued in their official and individual capacities. CITING: MONELL v. DEPARTMENT OF SOCIAL SERVICES OF CITY OF NEW YORK, N.Y. 1978, 98 S.CT. 2018, 436 U.S. 658, 56 L.ED. 2D 611.

## FALSE ARREST, IMPRISONMENT

7.  Plaintiff was unconstitutionally falsely arrested, searched, seized, and otherwise false imprisoned by the Philadelphia police department.

8.  On/ around November 16, 2015 approximately 10:00 am on the 1-100 block of n. 60 street Philadelphia, Pa, 19139, plaintiff was unreasonably summoned to stop on the sidewalk by members of the Philadelphia police department. Officer (s) Obrien badge no. 7461 with an accompanying officer. Plaintiff had not violated any laws precipitating this incident stop.

9.  Plaintiff was then subjected to arrest and unreasonable search and seizure by officers mentioned above without cause. Also his personal property consisting of a bag of hygienics were seized and never returned. CITING: SEXTON v. GIBBS, D.C. TEX 1970, 327 F. SUPP. 134 AFFIRMED 446 F.2D 904 CERTIORARI DENIED 92 S. CT. 733, 404, U.S. 1062, 30 L.ED. 2D 751.

10. Plaintiff was then taken to 18 police district without being charged then brought out and taken to 19 police district station parking lot. Where he was held in handcuffs in back of police vehicle for approximately 3 hours never entering station while arresting officers conversed with other officers including superior ranked officer.

11. During this incident stop Plaintiff was subjected to harassing unwarranted questioning and undue pain and duress from being handcuffed in police vehicle for hours.

12. Plaintiff was then taken back to 18 police district where he was detained without charge or due process.

13. On/around November 17, 2015 Plaintiff was then imprisoned at the (CFCF) curran-fromhold correctional facility under pp no. 946529

14.Throughout incarceration Plaintiff has been hauled back and forth to (CJC) The criminal justice center every 60-90 days by the Philadelphia sheriffs office, for which no criminal proceedings have ever taken place until the day of his release nearly 2 years later.

15. Judge Frank Palumbo is given to inference of conspiring with defendants to violate civil rights of Plaintiff under pretense of providing false information to keep him in prison. Plaintiff has never had a criminal case before said Judge or criminal proceeding before his detention, after nearly 2 years on July 12, 2017 Plaintiff had proceeding not having criminal charges or case he was released under alleged probation for which there were no documents furnished certified or otherwise, Plaintiff contends against this allegation.

16. Judge Frank Palumbo is in clear absence of all jurisdiction. In connection with commonwealth (CJC) court system have provided and fabricated uncertified Court information regarding Plaintiff.

17. Plaintiff while detained at (CJC) has been subjected to harsh condition of inadequate food and drink. And overcrowded cold cells for which he had to stand for hours unable to sit even thou there were other empty cells available.

18. Plaintiff having anemia, asthma, and other medical problems has had to undergo these confinement conditions for up to 8 hours while in the custody of The Philadelphia sheriffs.

19. The Philadelphia Sheriffs Office has conspired with defendants to violate civil rights of Plaintiff.

20. The commonwealth (CJC) court system, (CFCF) prison and its aforementioned officials has conspired to allege detainment under mental health. To unconstitutionally and unlawfully keep Plaintiff further imprisoned. CITING: RUHLMAN v. ULSTER COUNTY DEPPARTMENT OF SOCIAL SERVICES, N.D.N.Y. 2002, 234 F.SUPP. 2D 140.

21. Plaintiff was never determined mentally incompetent. Or actually admitted to a mental health facility or furnished with any written notice or certified documents thereof.

22. The Philadelphia public defenders association conspired with defendants to misrepresent Plaintiff as to have him further detained in prison.

23. On/around January 23, 2017 Plaintiff sent a formal termination in writing to The Philadelphia public defenders association for any possible alleged representation of Plaintiff for which he never authorized or had knowledge thereto.

## MAIL TAMPERING – DENYING ACCESS TO THE COURT

24. Plaintiff was denied and obstructed by prison authorities and other conspiring entities of his right to petition and access to the court. Inmate mail is not to be opened outside of the presence of inmate as Held. CITING: WOLFF v. MCDONNELL, U.S. NEB. 1974, 94 S. CT. 2963, 418 U.S. 539, 41 L.ED. 2D 935, 710.

25. On/around may 19, 2016 Plaintiff filed petition pursuant to 28 U.S.C. s 2241 Habeas Corpus to this court. Submitted May 4, 2016 typed up and resubmitted later with form of court. CASE NO: 2:16-cv-02444-JHS and CIVIL ACTION NO: 16-CV-2444.

26. On/around June 24, 2016 Plaintiff put in grievance for court mail tampering. As this incident occurred numerous times prior to this date. Plaintiff was given his court mail opened and resealed back prior to receiving  even bearing clerks name unusually stamped outside front of envelope.

27. On/around July 14, 2016 Plaintiff put in grievance for court mail tampering. Document(s) came from this court for action in his petition. Mail was opened and tampered with before arrival to Plaintiff.

28. On/around August 8, 2016 Plaintiff put in grievance for court tampering. Documents arrived from this court opened and resealed back. Plaintiff seen unit management official on/around July 19, 2016 about this obstruction and violation. But this problem was never rectified.

29. Plaintiff could not verify orders and instructions with certainty from The Court or Clerk of Court as information therein was inconsistent and rearranged due to this tampering and intrusion by prison authorities. Mail from courts, inspection is limited to locating contraband, it does not entail reading an enclosed letter. Reiterated in case CITING: TAYLOR v. STERRETT, C.A.5 (TEX.) 1976, 532 F.2D 462.

30. In reference to paragraphs 24-29 above. Plaintiff was precluded from his constitutional and civil rights. He was on a timely filing schedule therefore could not respond to the court which brought about an order against him. Violating the rights of Plaintiff to unrestricted private correspondence with The Court.

31. On/around August 30, 2016 Plaintiff Filed notice of appeal on U.S.C.A. Appeal form (10/1/04), and typed up detailed Appeal with exhibits and a money order for filing fee to The U.S. COURT OF APPEALS – THIRD CIRCUIT. Refuting by facts as to respondents not being required by court rules to answer certifying show of cause of his detention, in the report and recommendation of U.S. Magistrate Hon. Judge Strawbridge.

32. Also brought on appeal was the constitutional and civil rights violation by interfering with court correspondence that resulted in adoption and order of U.S. District Court Hon. Judge Slomsky.

33. On/around September 16, 2016 Plaintiff put in grievance for mail tampering and interception. Mail document(s) from U.S. Court in response to his appeal was brought clearly opened and tampered with. Legal Court mail sheet was purposely provided with out name of Plaintiff. These Court documents, as well as the Appeal with filing fee payment were confiscated and never returned back to The Court or given to Plaintiff.

34. Plaintiff was precluded from his right in pursuit of Appeal. CITING: HOUGHTON v. SHAFER, 392 U.S. 639, 20 L. ED. 2D 1319, 88 S.CT. 2119 (1968).

35. In reference to paragraphs 1–34 above see EXHIBIT (A).

## OVERCROWDING - CONDITIONS OF CONFINEMENT

36. Since and throughout duration of detention of Plaintiff at (CFCF) institution which Warden Gerald May is Custodian. He has been held unconstitutionally.
CITING: U.S. EX REL. WOLFISH v. LEVI, S.D.N.Y. 1977, 439 F.SUPP. 114 AFFIRMED 573 F.2D 118 CERTIORARI GRANTED 99 S.CT. 76, 439 U.S. 816, 58 L. ED. 2D 107 REVERSED ON OTHER GROUNDS 99 S.CT. 1861, 441 U.S. 520, 60 L. ED. 2D 447.

37. On/around August 24, 2016 Plaintiff put in grievance for overcrowding. He has been subjected to severe overcrowded conditions. Being put in 3 inmates to a cell triple-celling which are only to hold 2 inmates and even 4 inmates to a cell quadruple–celling. And have over periods been forced to confinement in this manner for up to twenty or more hours out of a twenty–four hour period.

38.While in this overcrowded condition the third person lays down on the floor in a plastic "boat." Otherwise subjective harsh dehumanizing conditions of confinement.

39. On/around November 22, 2016 Plaintiff put in grievance for cold air, during which having been in severe cold temperature, suffering from anemia, everyday he has had to endure this intolerable condition.

40. Due to this overcrowding and other reasons there is lack of sufficient amount of healthy, and efficiently prepared food, minute portions of food are served on very small trays inadequate for adult inmates, excessive lockdowns and restrictions of movement for activities, corporal punishment which adds on more to lock-ins, when inmates are let out at times are abruptly rushed back in cells for no reason as a way of toying with the inmates, also causes hygiene problems as it limits opportunities to shower and wash, thus shocking the conscience.

41. On/around October 25, 2016 Plaintiff put in grievance for unreasonable searching. Plaintiff was subjected to in cell strip search in front of other inmates with no precipitation prior, this is a monthly prison practice occurrence, visiting searches are of the same manner, he is also put to unnecessary aggravated invasive body searches coming and going throughout the institution.

42. There is also searching being practiced in the institution by non-male officers which practice aggravates rather than mitigates disparity of prison environment and society at large, even as there are metal detectors and male correctional officers along corridors and routes.

43. On/around July 7, 2017 Plaintiff put in grievance for incident that occurred on June 25, 2017 On/around 9:45 pm c/o officers Sgt. Lebesco and c/o A. Smith conducted an unreasonable search and assault on Plaintiff/Petitioner in his cell, following the strip search c/o A. Smith at the directive of Sgt. Lebesco discharged his weapon at Plaintiff of chemical spray into his facial and eyes without provocation; He was kept in restraint for approximately 45 minutes in this state while suffering injury, otherwise assault.

44. The actions and directives of the sergeant establish pellucid facts of connection between supervising official and constitutional deprivation.

45. In reference to paragraphs 36-44 above see EXHIBIT (B).

RELIGIOUS DEPRIVATION, DISCRIMINATION, AND DENIAL OF FREE EXERCISE

46. Plaintiff has been subjected to religious deprivation, denial of service and free exercise of his religious beliefs, solely because of his Islamic faith. CITING: CRUZ v. BETO, TEX 1972, 92 S.CT. 1079, 405 U.S. 319, 31 L.ED. 2D 263.

47. On/around March 17, 2016 Plaintiff put in grievance for religious dietary deprivation, he is continually denied proper food of his religious mandate, institution is required to provide religious inmate his dietary. Also CITING: U.S. EX REL. WOLFISH v. LEVI, S.D.N.Y. 1977, 439 F. SUPP. 114 AFFIRMED 573 F.2D 118. In respect to diet.

48. On/around June 3, 2016 Plaintiff put in grievance for denial of religious exercise, he has been blocked and denied religious worship and assemblage on the housing block by prison authorities with no institutional infractions precipitating this infringement.

49. On/around June 10, 2016 Plaintiff put in grievance on deprivation of religious provisions. This occurred during his religious month of observance, 30 day abstention from food and drink during the day not only was he not provided his religious food Plaintiff was also subjected to excessive lockdowns, restricted to cell, and not brought any food or drink whatsoever until 1 to 2 hours after required time to eat and drink. Having gone all day without this provision. And otherwise caused to unduly suffer.

50. On/Around December 21, 2016 Plaintiff put in grievance for continual religious deprivation. Plaintiff is supposed to be provided reasonably for religious tenets. While the other religious faiths are provided space, area, and a religious chaplain for their religion therefore allowed to leave housing block up to 3 times a day for religious exercise. Plaintiff and his religious beliefs are discriminated against and not afforded same opportunities, provisions.

51. On/around March 3, 2017 Plaintiff put in grievance for deprivation of religious service. Once a week service is to be held which he has been so deprived of that Plaintiff has went months without one. This service is a mandatory requirement of his religious faith.

52. Plaintiff has to go through disparaging and harassing conduct of prison officials to attend service or not even attend at all. As non-male correctional officers perform body pat-frisk searches, which is against religious beliefs of Plaintiff to have this physical contact with the opposite sex. These religious issues have been effective since aforementioned date, throughout 2017 until present.

53. The warden has causal connection by history of widespread violations putting warden on notice of the need to correct the deprivation and he failed to do so. The Practice "Custom or Policy" of the warden resulted in violating the constitutional rights of Plaintiff.

54. Supporting inference that the warden directed the subordinates to act unlawfully or knew that the subordinates would act unlawfully and failed to stop them from doing so.

55. In reference to paragraphs 46-54 above see EXHIBITS (C).

### SPECIAL DIETARY AND MEDICAL DEPRIVATION

56. Plaintiff has medical special dietary needs regarding proper nutritious food, supplements and vitamins of which he has been refused service and purposely denied of this provision, and of serious medical needs.

57. On/around January 1, 2016 Plaintiff put in grievance. Plaintiff was treated deliberately indifferent to special dietary needs. He sought issuance of vegetarian meals, nutritious health shakes and vitamins for considerable health condition. That brought about severe weight loss, lightheadedness and sickly condition, as he suffers from low blood sugar, thyroid, and anemia.

58. On/around December 26, 2016 Plaintiff put in sick call request. To doctor for his needs of medical special dietary as he was unable to eat soy meat and regular served trays. Due to his malnutrition and physical condition he fell approximately 40 pounds below weight during that period.

59. Only after going more than a year of being disregarded and ignored was Plaintiff issued partial special dietary for his issues. But (CFCF) medical was still deliberately indifferent to the needs of Plaintiff.

60. On/around February 19, 2017 Plaintiff put in sick call request. For medical to stop issuing food packs with meat, as Plaintiff was prescribed vegetarian diet and could only eat vegetarian meals.

61. On/around February 22, 2017 Plaintiff put in sick call request for prescribed health shakes. Plaintiff was informed he had been prescribed health shakes for his physical condition back in November 2016. But (CFCF) would not administer special dietary shakes to Plaintiff.

62.On/around March 12, 2017 Plaintiff put in grievance to Aramark. The (CFCF) food and special dietary distributor for deprivation of food and special dietary. For which deprivation caused severe illness and worsened condition of Plaintiff.

63. Plaintiff has been deprived of serious medical needs. He has natural born asthma breathing condition. That (CFCF) medical has on documented records. (CFCF) medical refused to allow him a required breathing inhaler for more than a year since initial incarceration. On/around November 18, 2016 Plaintiff was issued breathing medication thereafter was abruptly stopped. CITING: ESTELLE v. GAMBLE, 429 U.S. 97,97 S.CT. 285, 50 L.ED. 2D 251 (1976.)

64. On/around April 17, 2017 Plaintiff put in sick call request for breathing inhaler refill. He was empty and suffering from severe shortness of breathe, and had already been refused refill by medical.

65. On/around April 21, 2017 Plaintiff put in grievance for incident referred to in paragraph 64. Above on April 17, 2017. Plaintiff had to go to medical emergency for asthma attack after being ignored by medical.

66. On/around April 21, 2017 Plaintiff put in grievance for following incident referred to in paragraph 65. Above. For being denied emergency medical treatment. He required breathing treatment for an asthma attack. But was refused treatment in disparaging manner by triage medical.

67. On/around July 7, 2017 Plaintiff put in grievance for medical denial relating to incident that occurred on June 25, 2017 on/around 10:00 pm. Plaintiff was brought into medical unit clearly injured suffering excruciating pain in area of face and eyes, blinded, and having chemical allergic reaction caused by chemical spray of prison officials. For approximately 45 min(s) Plaintiff remained in medical unit handcuffed behind his back in this way, and was purposely, deliberately refused decontamination and medical attention.

68. (CFCF) and its medical unit have been deliberately indifferent to the needs of Plaintiff by improper treatment mistreatment, and non-treatment purposely to cause mental and physical anguish.

69. In reference to paragraphs 56-68 above see EXHIBIT (D).

70. The incidents described above as a result of confinement at (CFCF) prison. Plaintiff over the past 2 years has been put to conditions conducive to torture.

## FIRST CAUSE OF ACTION – 42 U.S.C. s 1983

71. Plaintiff incorporates paragraphs 1-70 above as though fully set forth herein by reference.

72. As a direct and proximate result of the defendants conduct. Which was committed under color of state law. Plaintiff was deprived of his Right To Access to The Court, To Petition For Redress Of Grievance, To Freedom Of Religion, To Be Free From False Arrest, Unreasonable And Excessive Force, Unlawful Seizure, False Imprisonment, Cruel And Unusual Punishment, Deprivation Of Life Liberty Or Property, Right To Due Process Clause, Equal Protection Of The Laws Clause, And Rights, Privileges, And Immunities Clause. As a result of the Defendants conduct Plaintiff suffered violation of his rights under The Laws and THE CONSTITUTION OF THE UNITED STATES, In particular, The First, Fourth, Eighth, And Fourteenth amendments thereof, and 42 U.S.C. s 1983.

73. As a direct and proximate result of the acts of the defendants, Plaintiff has suffered and continues to suffer severe emotion distress, loss of freedom and liberty, loss of enjoyment of life, and economic loss. All to his detriment and harm.

74. Defendants have by the above described actions deprived Plaintiff of Rights secured by The First, Fourth, Eighth, and Fourteenth Amendments to THE UNITED STATES CONSTITUTION in violation of 42 U.S.C. s 1983.
WHEREFORE, Plaintiff Requests The Following Relief:

a. Compensatory Damages; Amount Of 23,000,000 (Twenty Three Million Dollars).

b. Punitive Damages; Amount Of 3,000,000 (Three Million Dollars).

c. Reasonable Fees And Costs; Amount Of 1,310 (One Thousand Three Hundred Ten Dollars).

d.   Such Other And Further Relief As Appears Reasonable And Just;

e.  Enjoining And Enforcement On Defendants;

f. Order By The Court As To Each Defendant And As To Each Count.

**SECOND CAUSE OF ACTION**
**SUPPLEMENTAL STATE CLAIMS**

75.  Plaintiff incorporates paragraphs 1-74 above as though fully set forth herein.

76.  The acts and conduct of the Defendants, in this cause of action constitute Assault, Battery, Kidnapping, Robbery, Defamation, Invasion Of Privacy, Including False Light Privacy, Intentional Infliction Of Emotional Distress, Intentional Infliction Of Starvation, Medical Neglect, Torture, Falsifying Information, Providing False Information, Tampering, Tampering With Public Records/Information, Mail Tampering, Obstruction, And Malicious Prosecution Under The Laws Of The Commonwealth Of Pennsylvania. And This Court Has Supplemental Jurisdiction To Hear And Adjudicate State Law Claims.
WHEREFORE, Plaintiff Requests The Following Relief:

a.  Compensatory Damages; Amount Of 23,000,000 (Twenty Three Million Dollars).

b.  Punitive Damages; Amount 3,000,000 (Three Million Dollars).

c.  Reasonable Fees And Costs; Amount 1,310 (One Thousand Three Hundred Ten Dollars).

d.  Such Other And Further Relief As Appears Reasonable And Just;

e.  Enjoining And Enforcement On Defendants;

b.  Order By The Court As To Each Defendant And As To Each Count.

Respectfully Submitted,          TO THE COURT:

APRIL 19, 2018

DATE

ROBERT TAYLOR
P.O. Box 12524
Philadelphia, PA, 19151

Rev. 10/2009

DOCUMENT 1 OF 3 - ORDER

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT TAYLOR                    **ORDER**
   Plaintiff
     v.
THE COMMONWEALTH OF PENNSYLVANIA
THE COMMONWEALTH COURT (CJC)                    CASE NO.2-17-cv-03369
    AND                    CIVIL ACTION NO.17-3369
COMMONWEALTH COURT (CJC)
OFFICIAL JUDGE FRANK PALUMBO
THE CITY OF PHILADELPHIA
    AND
CITY OF PHILADELPHIA POLICE
OFFICER OBRIEN NO. 7461
AND UNNAMED AND UNKNOWN
CITY OF PHILADELPHIA POLICE
OFFICERS
THE PHILADELPHIA PRISON SYSTEM/
DEPARTMENT OF PRISONS
CURRAN-FROMHOLD
CORRECTIONAL FACILITY
     AND
WARDEN GERALD MAY
AND PRISON OFFICERS SERGEANT
LEBESCO
THE PHILADELPHIA SHERIFFS OFFICE
THE PHILADELPHIA PUBLIC DEFENDERS
ASSOCIATION AND PUBLIC DEFENDER
CHRIS ANGELO
   Defendant (s)

**ORDER**                    Document 2 of 3 - ORDER

**IT IS ORDERED**

This                Day Of          Month And Year              For monetary relief sought also Preliminary and Permanent Injunction And Equity. Motion to Court is granted for the following:

1. Total damages, fees and costs in amount of 52,002,620 (Fifty Two Million Two Thousand Six Hundred Twenty Dollars)

2. Enjoin The Philadelphia Prison System/Department Of Prisons, (CFCF) from  overcrowding, no 3 inmate or 4 inmate celling.

3. Enjoin The Philadelphia Prison System/Department of Prisons (CFCF) from mail   restrictions, violations. The reading, inspecting of inmates incoming legal, Court mail, and to not open outside of inmate presence, no outgoing mail is to be opened, and no confiscation of legal or Court materials

4. Enjoin The Philadelphia Prison System/Department Of Prisons, (CFCF) from unreasonable strip searches, and strip searches in plain view of other inmates.

5. Enjoin The Philadelphia Prison System/Department Of Prisons, (CFCF) from female c/o pat-frisk body searches of male inmates, and otherwise c/o' s not to search inmates of opposite gender.

6. Enjoin The Philadelphia Prison System/Department Of Prisons, (CFCF) from confiscation of property.

7. Enjoin The Philadelphia Prison System /Department Of Prisons, (CFCF) from corporal punishment, excessive lockdowns, and restrictions.

8. Enjoin The Philadelphia Prison System/Department Of Prisons, (CFCF) lengthy confinement.

9. Order For The Philadelphia Prison System/Department Of Prisons, (CFCF) to increase amount of food tray servings.

10. Order For The Philadelphia Prison System/Department Of Prisons, (CFCF) to provide and make affordable access to inmates that require special dietary.

**ORDER**          Document 3 of 3 - ORDER

11. Enjoin The Philadelphia Prison System/ Department Of Prisons, (CFCF) from prohibitions, threatened lock-ins', and punishments to inmates of Islamic Faith for "Free Exercise" freedom of religious beliefs to worship and peaceful assemblage on housing block activity area.

12. Order For The Philadelphia Prison System/Department Of Prison, (CFCF) to maintain and enable regular Islamic religious services.

13. Order For The Philadelphia Prison System/Department Of Prisons, (CFCF) to provide Islamic religious dietary.

14. Order For The Philadelphia Prison System/Department Of Prisons, (CFCF) to have Islamic chaplain.

15. Order For The Philadelphia Prison System /Department Of Prisons, (CFCF) to conduct proper classification.

16. Order For The Philadelphia Prison System/Department Of Prisons, (CFCF) to meet minimum medical care requirements.

17. Order For Philadelphia Prison System/Department Of Prisons, (CFCF) to be in full compliance of THE CONSTITUTION AND LAWS OF THE UNITED STATES or be shut down by THE UNITED STATES.

18. Enjoin The Philadelphia Police Department from enforcing  unlawful arrest and seizure. Prescribed under stop, frisk or search and detention policy, practice, custom or usage.

19. Order to Enforce liens against defendants in absence of monetary compliance.

20. Enjoin Defendants from any retaliatory actions against Plaintiff for this action brought.

21. Retain jurisdiction over this matter to assure full compliance with the order of this court and with applicable law and require Defendant to file such reports as the Court deems necessary to evaluate compliance.

BY THE COURT:

_____          _____

*Rev. 10/2009*     **DATE**

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**SUMMONS REQUEST: Summons In A Civil Action, Issuance, And Service,**
**Under Rule 4(a)(1), (b), (c)(1), Of The Federal Rules Of Civil Procedure.**

**CERTIFIED COPY REQUEST: Plaintiff Requests a Stamped Dated Certified Copy Of This Filing To**
**Be Returned To Plaintiff BY THE COURT. For This Plaintiff Has Sent a self addressed adhesive seal**
**envelope and an Additional Copy Of Filing.**

APRIL 19, 2018

**DATE**

Robert Taylor

**ROBERT TAYLOR**

Rev. 10/2009

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

<table>
<tr><td align="center">

)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>

</td><td></td></tr>
</table>

|  |  |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

VERIFICATION

IN COMPLIANCE PURSUANT TO 28 U.S.C. s 1746 – UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY.

I verify that facts set forth are true and correct to the best of personal knowledge, information and belief. "I declare or verify under penalty of perjury that the foregoing document is true and correct."

Executed on          $\underline{APRIL\ 19, 2018}$          $\underline{Robert\ Taylor}$

                                           DATE          ROBERT TAYLOR

CERTIFICATE

IN COMPLIANCE PURSUANT TO 28 U.S.C. s 1746 – UNSWORN
DECLARATIONS UNDER PENALTY OF PERJURY.

I certify that facts set forth are true and correct to the best of personal knowledge, information
and belief. "I declare or certify under penalty of perjury that the foregoing is true and correct.

Executed on                    APRIL 19, 2018              *Robert Taylor*

                                    DATE                              ROBERT TAYLOR

# EXHIBIT
# (A)

CFCF ☑
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

### Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name Robert TAYLOR                    Housing Unit B2-1

Intake Number_____         Police Photo Number 946529

| Description of Grievance, Incident or Problem (include date and time of incident) |
|---|
| DATe JUNE 24th 2016 /on/Around 6:30 pm<br><br>I Received my oFFiciAL mAiL FRom court And the Letter (mAiL) wAs opeved And Resealed with TApe Back Peior To ARRiVAL And me signing For mAiL. This peoblem hAs happened 3 (Times) incidents BeFore this incident oF The sAme opeved mAil BeFore ARRiVing To my person. |

| Action Requested by Inmate: |
|---|
| ThAt No FuRtheR opeving oF my court mAiL hAppen AgAiN And FoR this ViolAtion to stop. |

See: Continuation of Grievance - Page 2    Yes ☐    No ☐

| Describe how and when you tried to resolve this Grievance informally. |
|---|
| Relayed Above AForementioned to An oFFicial when this itAppened BeFore |

Date that you are depositing this Grievance in a grievance box:

Robert Taylor                                    6-24-2016

(Signature of Grievant)                                    (Date)

1. ... for Administration   2. Warden   3. Inmate's Receipt of Filing

CFCF ☐
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

### Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name _Robert Taylor_          Housing Unit _B 2-1_

Intake Number_____          Police Photo Number _946524_

| Description of Grievance, Incident or Problem (include date and time of incident) |
|---|
| HAVE AgAiN Received mY U.S. court mAiL From The clerk/office of clerk Opened And TAmpered with Before ARRivAL. And signing For it. This has occured starting initially in April 19th 2016 Then on date (5-21-16)(5-27-16) (6-24-16)(7-14-16). Also I wAs delAyed in Receiving this mAiL. This is a problem which causes ERRors And impedes my Response and Reception of NotiFicAtion |

| Action Requested by Inmate: |
|---|
| Requesting Action Be tAke N To stop this violAtion And the indivisuALs oR other Responsible entities Be held AccountAble |

See: Continuation of Grievance - Page 2     Yes ☐     No ☐

| Describe how and when you tried to resolve this Grievance informally. |
|---|
| At Time oF Reception issue wAs brought up with officiAls |

Date that you are depositing this Grievance in a grievance box:

_Robert Taylor (signature)_          7-14-16

(Signature of Grievant)          (Date)

## Philadelphia Prison System

### Inmate Grievance Form

DC ☐
HOC ☐
PICC ☐

Check box only if grievance is regarding Medical Services  ☐

Name _ROBERT TAYLOR_          Housing Unit _B2-1_

Intake Number_____          Police Photo Number _946529_

| Description of Grievance, Incident or Problem |
| (include date and time of incident) |

ON OR About 9:30 pm DAte 8-8-16 I Received court
mAil opened And reseAled BACk, I hAve received my
mail previously opeN And TAmpered with severAl
Times.

| Action Requested by Inmate: |

ThAt court mAil And documents Arrived secure And
untAmpered with And Hold those responsible Accountable

See: Continuation of Grievance - Page 2     Yes ☐     No ☐

| Describe how and when you tried to resolve this Grievance informally. |

on July 19 2016 LAst grievance on This mAtter seen officer
in Unit mANAGement wAs Told it would Be checked into

Date that you are depositing this Grievance in a grievance box:

_Robt Taylor_                    AUg/ _8-9-16_

(Signature of Grievant)                    (Date)

Distribution: 1. Deputy Warden for Administration   2. Warden   3. Inmate's Receipt of Filing

CFCF ☑
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

### Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name ROBERT TAYLOR                    Housing Unit B2-1

Intake Number _____        Police Photo Number 946529

---

**Description of Grievance, Incident or Problem**
(include date and time of incident)

COURt mAIL WAS BRought in For me This mAiL
WAS clEARly opened And ReseAled BACK with TApe.
There WAS A LegAL mAiL sheetFor me To Sign But
MY NAme WAS Not on the LegAL Sheet I WAS instRucted
TO Sign UNDER ANother peRSons NAme I ReFused To do
thAt And I WAS told I would Not Receive MY mAiL
AS Result of this I did Not Receive my couRt mAiL.

---

**Action Requested by Inmate:**

FoR This violAtion And TAmpering of mAiL To stop The
delAying And Holding of my mAiL And The withhold of my LegAL
CouRt mAiL to stop And To Be GiveN my couRt mAiL

See: Continuation of Grievance - Page 2      Yes ☐      No ☐

---

Describe how and when you tried to resolve this Grievance informally.

RelAyed in FoRmAtion AFoRmentioned At Time of incident

---

Date that you are depositing this Grievance in a grievance box:

Robert Taylor                              9-16-16
(Signature of Grievant)                    (Date)

Distribution: 1. Deputy Warden for Administration   2. Warden   3. Inmate's Receipt of Filing

TO: THE PHILADELPHIA PUBLIC DEFENDERS ASSOCIATION
   1441 SAMSON STREET
   PHILADELPHIA, PA, 19102

FROM: ROBERT TAYLOR #946529
   7901 STATE ROAD
   PHILADELPHIA, PA, 19136

I hereby state that I have not retained or requested a lawyer/counsel with the public defenders association. If any lawyer/counsel from this association assumed representation of ROBERT TAYLOR #946529 it was without my knowledge or consent. And I inform the public defenders association that it does not represent ROBERT TAYLOR #946529 in any actions or said matters of court. If you may have a need to send anything in regard to this it can be sent to my mailing address.

AT: ROBERT TAYLOR
   P.O. BOX 12524
   PHILADELPHIA, PA, 19151

*Robert Taylor*          JANUARY 23, 2017

ROBERT TAYLOR          DATE

OFFICE OF THE CLERK

MARCIA M. WALDRON

UNITED STATES COURT OF APPEALS

TELEPHONE

TURN U

21400 UNITED STATES COURTHOUSE
601 MARKET STREET

Website: http://www.ca3.uscourts.gov

Resident
P. O. Box
Philadelphia, PA 19151

We are returning money order #23502868648 in the amount of $400.00 which represents

District Court for the Eastern District of PA.

order was also made out to the wrong court.

Very truly yours,

Records

# EXHIBIT
# (B)

CFCF ☑
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

### Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name ROBERT TAYLOR    Housing Unit B2-1

Intake Number_____    Police Photo Number 946529

| Description of Grievance, Incident or Problem (include date and time of incident) |
| --- |

over crowded celling

on/Around August 23, 2016 7:50 Am. Since incarcerAtion
HAve Been subjected to And put in 3 (Three) PerSons To
a cell that is only to have 2 persons in it. HAve Been
Forced To stAy in this overcrowded condition throughout
dueAtion of Detention being Restricted to stAy in cell up to
20 hours a dAy DAily without Being Let out.

Action Requested by Inmate:

Address this mAtter to officials throughout my Detention
Action Requested to be brought out of this condition
And not Be put BACK in it.

See: Continuation of Grievance - Page 2     Yes ☐     No ☐

Describe how and when you tried to resolve this Grievance informally.

Brought mAtter to officials during my Detention

Date that you are depositing this Grievance in a grievance box:

Robert Taylor                                   8-24-16

(Signature of Grievant)                         (Date)

ASD ☐
CFCF ☑
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

### Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name ROBERT TAYLOR                Housing Unit B2-1
Intake Number_____      Police Photo Number 946529

| Description of Grievance, Incident or Problem |
| (include date and time of incident) |

November 21, 2016   6:44 pm

I Am suFFering physically From EXtreme
cold Air conditioning in the cell And on the
Housing Block. This has Been happening FoR
seveeAL DAys. DAy And Night with NO heAt
oNLy cold Air blowing out of AiR vents. As Result
I hAve to sleep in theRmALs, sweAtshirt And
Full uNiFoRm clothing. Throughout dueAtion
in this Facility have hAd to EnduRe cold ventilAtioN
conditions

Action Requested by Inmate:
Request That heAt To Be ISSUEd FRom vent system.
And cell To be RegulAted At Room Temperature

See: Continuation of Grievance - Page 2     Yes ☐     No ☐

Describe how and when you tried to resolve this Grievance informally.
RelAted this to oFFicials within DAys oF GRievance

Date that you are depositing this Grievance in a grievance box:

Robert Taylor                                  11-22-16
(Signature of Grievant)                        (Date)

ASD ☑
CFCF ☑
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

### Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name ROBERT TAYLOR          Housing Unit B2-1

Intake Number_____          Police Photo Number 946-529

| Description of Grievance, Incident or Problem |
| (include date and time of incident) |

ON/AROund October 22, 2016 8:00 Pm. I WAS
Subjected to strip search in cell in Front of Two other
Inmates. I did nothing to precipitate this unWARRAnted
seARch. I have been put to these strip Searches which
violate And Invade my privacy At Least once a month
Since entering this Facility. I Also Am Subjected to
physical Body searches when going And coming From
visits or ANY services in the Facility.

Action Requested by Inmate:
For these violations to be discontinued And stopped

See: Continuation of Grievance - Page 2     Yes ☐     No ☐

Describe how and when you tried to resolve this Grievance informally.
Brought this violation issue Forth to official since
Detention BegAn.

Date that you are depositing this Grievance in a grievance box:

Robert Taylor                          10-25-16
(Signature of Grievant)                     (Date)

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

ASD ☐  CFCF ☑  DC ☐  DC ☐  HOC ☐  PICC ☐  RCF ☐

NAME: ROBERT TAYLOR  HOUSING UNIT: D1-1

PID: 946529  INTAKE NUMBER: 1522426

Check box only if grievance is regarding Medical Services ☐

### Description of Grievance, Incident or Problem
### (include date and time of incident)

JUNE25, 2017

on/Around Time 9:45 pm

UnReasonable Search, SeiZuee And ASSAULT

Grievant WAS ApproAched BY offices, superv; sor Sgt. Lebesco And
c/o A. Smith in his cell Grievant WAS UnReasonably STRip searched
With cell door open And housing Block open For activity where he could
cleARly Be seen By otheRs in this manner Following the search
Sgt. LeBesco ordered c/o A. Smith To dischARge his chemicAL
WeApon At GRievAnt. GRievAnt WAS sprAYED in FaciAL AReA
pARticulARly in his eyes. GRievant WAS hAndcuffed Behind his BACK
And mAde To suffer under Restraint Resulting in iRRepARAble InJury.
In violation of GRievAnts constitutionAl And stAtutoRy Rights
secured BY The FouRth, Eighth, And FouRteenth Amendments

### Action Requested by Inmate:

TERmINATION of Both Employees

Continuation of Grievance – Page 2  YES ☐  No ☐

Describe how and when you tried to resolve this Grievance informally.

INitiAted FoRmAL piRect Resolve

Date that you are depositing this Grievance in a grievance box: July 7, 2017

Signature of Grievant: Robert Taylor  Date: July 7, 2017

# EXHIBIT
# (c)

ASD ☐
CFCF ☑
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

### Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name Robert TAYLOR          Housing Unit B2-1 cell 4

Intake Number_____          Police Photo Number 946529

| Description of Grievance, Incident or Problem (include date and time of incident) |
|---|
| HAVE not been receiving proper food According to my Religion. And I Am not Able To properly practice, implement my Religious duties because of over crowded cells and living conditions. There his been no Allocated Rooms or space provided have made prior Requests, mention, notice of this still no Action has been taken. <br><br> This has occured starting From incarceration up to current date |

| Action Requested by Inmate: |
|---|
| Issuerance of vegetarian, And accorediatary meals, The ending of Prohibiting religious practices exercise indeed And providing the Allocation of space and area. |

See: Continuation of Grievance - Page 2   Yes ☐   No ☑

| Describe how and when you tried to resolve this Grievance informally. |
|---|
| Address Administration During month of December And JANUARY 2015 And 2016 |

Date that you are depositing this Grievance in a grievance box:

3-17-16

_____          _____
(Signature of Grievant)          (Date)

CFCF ☑
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

### Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name ROBERT TAYLOR    Housing Unit B2-1

Intake Number_____    Police Photo Number 946529

Description of Grievance, Incident or Problem
(include date and time of incident)

JUNE 3, 2016

CURRENtly on going — There is No Provided area FoR
me To mAKe my daily Religious PRAYERS, which is
aFFoRded to all those in institution of Religious
stAtus EveRydAy thRoughout the dAy. There is also
Barring and NON-AllowAnce of PRAYing on the housing
Block, Which is clearly Against institutional policy.

Action Requested by Inmate:

TO go To PRopeRaRea To peRFoRM Religious duties/PRAYERS
a number of times a dAY as Required and on housing
Block when it's opEN foR Activies.

See: Continuation of Grievance - Page 2    Yes ☐    No ☐

Describe how and when you tried to resolve this Grievance informally.
BRought this to officials

Date that you are depositing this Grievance in a grievance box:

Robert Taylor    6-3-16

(Signature of Grievant)    (Date)

CFCF ☑
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

### Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name Robert TAYLOR                    Housing Unit B2-1

Intake Number_____          Police Photo Number 946 529

Description of Grievance, Incident or Problem
(include date and time of incident)

DUE To my Religious practice And DoctRine. Am currently Observing And Implementing my religious dietary of not eating and drinking during daylight hours. Since beginning my Religious Practice of this Food dietary I have not been Receiving meals on time At sundown and have been served meals 1 To 2 hours After meal (Food) is due to be Eating. Also have not Received healthy, nutritious, sufficient meals (Food) in Accordance with practice and belief of religious dietary. This began And has been happening starting from dates on/around 6-6-2016 to 6-10-2016 currently

Action Requested by Inmate:
Serve nutritious sufficient meals According to religious beliefs prior to daylight ending so I mAy be Able To eat As soon As required

See: Continuation of Grievance - Page 2    Yes ☐    No ☐

Describe how and when you tried to resolve this Grievance informally.
mentioned to FAcility officials At start of Religious practice

Date that you are depositing this Grievance in a grievance box:

Robert Taylor                                    6-10-2016

(Signature of Grievant)                          (Date)

Distribution: 1. Deputy Warden for Administration  2. Warden  3. Inmate's Receipt of Filing

ASD ☐
CFCF ☑
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

### Inmate Grievance Form

Check box only if grievance is regarding Medical Services  ☐

Name ROBERT TAYLOR          Housing Unit  B2 - 1

Intake Number_____          Police Photo Number  946529

Description of Grievance, Incident or Problem
(include date and time of incident)

12-20-16

current continues Problem.

Being Denied Proper area For Religious Services and PRAYERS.
The institution Provides designAted Propee area's For these
Religious duties everyday a number of times a dAy FoR All
those of Religious status. Holding cells are inAppropriate and
inAdequate For these Duties, PRAYERS as threei S overcRowded
conditions which theRe's no Room and it is AgAinst my Religion
To pRAY next To a toilet. As well as other issues- Barring.
Prohibiting, non-Allowance and discouRagement From Religious
pRAyeR oR services on the housing Block Are cleARly AgAinst
institutionAL PoliCY.

Action Requested by Inmate:

PRoper Area to PeRform Religious duties, PRAYERS EAch dAy the
Amount of times a dAy as Required and non- inteRFeRence
on housing Block when open FoR Activities.

See: Continuation of Grievance - Page 2    Yes ☐    No ☐

Describe how and when you tried to resolve this Grievance informally.

Brought this To oFFicials, Also address these issues in
June of 2016.

Date that you are depositing this Grievance in a grievance box:

Robert Taylor                                December 21, 2016

(Signature of Grievant)                                (Date)

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

☐ ASD ☑ CFCF ☐ DC ☐ HOC ☐ PICC ☐ RCF

NAME ROBERT TAYLOR

PID 946529

HOUSING UNIT: B2-1

INTAKE NUMBER 1522426

Check box only if grievance is regarding Medical Services ☐

### Description of Grievance, Incident or Problem
(Include date and time of incident)

MARCH 3, 2017

2:24 Pm

Institutional Deprivation of Religious exercise
Religious Friday service which is to be held weekly. DID NOT
TAKE Place. This Belief And exercise of my Religious FAith
HAve Been Denied me. Even For Periods of up to (Two) 2 months
without taking place. There is Also No daily provisions made
or Allowed For my everyday prayers or Assembly. There is
No provided or Access To A minister of my Religion. Other
Religions in institution have this And Are provided Religious
prayers And service Area which they Attend leaving off the
Housing Area For up to (3) three times A day. There has
And is constant continual institutional discrimination
And harassment, infringement of my religion.

### Action Requested by Inmate:

DAILY Access To Area For prayers And service, Religious minister For my
Religion in The Institution, And For religious mandatory service to take place weekly

See: Continuation of Grievance – Page 2  YES ☐  No ☐

Describe how and when you tried to resolve this Grievance informally.

mentioned this to officials prior to this Grievance

Date that you are depositing this Grievance in a grievance box: MARCH 3, 2017

Signature of Grievant: Robert Taylor                    Date: MARCH 3, 2017

86-570 (Rev. 6/16) 1. Deputy Warden for Administration  2. Warden    3. Inmate's Receipt of Filing

# EXHIBIT
# (D)

CFCF ☐
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

### Inmate Grievance Form

Check box only if grievance is regarding Medical Services   ☐

(ARmband Name)
Name Robert TAYLOR                    Housing Unit B2-1 cell 9
Intake Number_____          Police Photo Number 946529

| Description of Grievance, Incident or Problem |
| (include date and time of incident) |

This matter is regarding medical, HAVE requested
And Need Vegetarian meals and Health Shakes Also
multivitamins w/minerals HAVE An Immune thyroid
condition which requires this Proper dietary
I HAVE been Losing weight, passing out And continuosly
getting sick

**Action Requested by Inmate:**
issueing veggie meals shake, mutivitamins/minerals -- and Diet Teas

See: Continuation of Grievance - Page 2      Yes ☐      No ☐

Describe how and when you tried to resolve this Grievance informally.
sent Request form in To medical Explained Also went in
was seen And Explained All this threw out month of Dec 2015

Date that you are depositing this Grievance in a grievance box:

_____                                    1/1/16
(Signature of Grievant)                              (Date)



# SICK CALL REQUEST

Check one: _____ Dental    ✓ _____ Medical    _____ Mental Health

Name: ROBERT TAYLOR    Inmate I.D. Number 946529
(Print Name)

Social Security No. _____

Housing Unit: B2-1

Medical Problem (be specific): To The Doctor. I cannot Eat The
Regularly served Food which makes me sick. Nor any soy meat
Have Brought this notice since Entrance in Facility. To date I have Lost
40 pounds And Am struggling with my health. need And Request
Special Dietary trays of vegetarian meals. which you approve For
these circumstances. Respectfully Requested

Inmate's Signature Robert Taylor    Date: 12-26-16    Time: 10:25

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

_____

Provider's Signature: _____ Date: _____ Time: _____

86-146



# SICK CALL REQUEST

Check one: _____ Dental      ✓ Medical      _____ Mental Health

Name: _ROBERT TAYLOR_     Inmate I.D. Number _946529_
(Print Name)

Social Security No. _____

Housing Unit: _B2-1_

Medical Problem (be specific): I Have Been Receiving My Special Dietary
Sandwitch pack with meat. I am prescribed under vegetarian no meat
As labeled. Respectfully Request that cheese (veg) Be issued in
my sandwitch pack so that I may eat As required without meat

Inmate's Signature _Robert Taylor_     Date: _2-19-17_     Time: _5:36 pm_

FOR MEDICAL UNIT USE ONLY

Disposition: _____

_____

_____

_____

Provider's Signature: _____ Date: _____ Time: _____

86-146

## SICK CALL REQUEST

Check one: _____ Dental   ___✓___ Medical   _____ Mental Health

Name: ROBERT TAYLOR   Inmate I.D. Number 746529
(Print Name)

Social Security No. _____

Housing Unit: B2-1

Medical Problem (be specific): I was prescribed Health shakes for my Special Diet condition back in November of 2016 which I Have never Received confirm this with nurse Attending whom I seen for shelly co. Feb 13 of 14, 2017. I was told I would be getting my refill order (Special) Food suffering really bad my physical condition diet condition scored (Bill) weight loss that — in giving Health shakes they tided me now will be here —

Inmate's Signature _____   Date: 2-13-17   Time: _____

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

_____

_____

Provider's Signature: _____ Date: _____ Time: _____

86-146

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

☐ ASD   ☑ CFCF   ☐ DC   ☐ HOC   ☐ PICC   ☐ RCF

NAME: ROBERT TAYLOR          HOUSING UNIT: 32-1

PID: 946529          INTAKE NUMBER: 1522426

Check box only if grievance is regarding Medical Services ☐

### Description of Grievance, Incident or Problem
(Include date and time of incident)

TO ARAMARK     —march 11 2017  6:37 Pm

Dietary Deprivation

This Food Dietary service has Been "Deliberately
Indifferent" To my needs. my special Dietary Health
Shakes which were Issued To me November 2016 HAve
Never Been provided or Distributed To me By Aramark Dietary
Service. This has And is currently causing undue suffering
As my physical medical condition of (Low Blood sugar, chronic
Thyroid, Anemia Periodic low blood pressure, And spike weight
Loss, which has at Alle that Reached 45 pounds Below weight
Requires me to Receive nutrient health shakes.

### Action Requested by Inmate:

TO Receive Dietary health shakes As soon As possible.

See: Continuation of Grievance – Page 2  YES ☐  No ☐

Describe how and when you tried to resolve this Grievance informally.

Brought this matter To officials And Address this medical during checkups,
evaluations Last visit in February 2017

Date that you are depositing this Grievance in a grievance box: MARch 12 2017

Signature of Grievant: Robert Taylor          Date: MARch 11, 2017



# SICK CALL REQUEST

Check one: _____ Dental _____V_____ Medical _____ Mental Health

Name: _ROBERT TAYLOR_ Inmate I.D. Number _774_5_ 251_
(Print Name)

Social Security No. _____

Housing Unit: _D-1-1_

Medical Problem (be specific): _I recd. asthma inhaler = immediately_
_Hakeseed empty of albuterol renewe inhaler for Day's. Am Tired_
_And have been sick with an extremely sitruggling + was informed_
_By previous sick call to not refill on these recom meds-line_
_but I was renewed and told must go to medical + Resoectively Request_
_Treatment and will do as seems possible please._

Inmate's Signature _Robert Taylor_ Date: _4-17-17_ Time: _5:15 p.m._

## FOR MEDICAL UNIT USE ONLY

Disposition: _____

_____

_____

Provider's Signature: _____ Date: _____ Time: _____

86-146

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

☐ ASD   ☑ CFCF   ☐ DC   ☐ HOC   ☐ PICC   ☐ RCF

NAME: ROBERT TAYLOR                    HOUSING UNIT: 21-1

PID: 946529                            INTAKE NUMBER: 1522426

Check box only if grievance is regarding Medical Services ☑

### Description of Grievance, Incident or Problem
### (Include date and time of incident)

APRiL 17, 2017 8:20Pm Deliberate Indifference To medicAL needs

I had To go To medical on morning of APRiL 18, 2017 For Asthma Breathing
TReAtment Due To severe shortness of Breathe And Hyper ventilating -
Asthma Attack, Later onsImediAte Awaited response of sick call request
I submitted Regarding This medical Problem of needing my Breathing InhaLer
Upon prior sick call was directed To meds-Line For Asthmah inhaLer Renewall
went to meds-Line And was sent Back To medical. neither one Tended To
This Emergency medical need. As result of not having my medicine
am not Able To TALK, walk to much and have Been short of Breathe For a week
To DAte. And Am suffering unduly which can result in FATALitY.
In violation of my constitutional and statutory Rights secured By The
Eight And Fourteenth Amendments

### Action Requested by Inmate:

Respectfully Request For Issuance of Albuterol Asthma InhAler And any Further
APPropriAtely needed medicine. So I CAN Breathe

See: Continuation of Grievance – Page 2   YES ___   No ☐

Describe how and when you tried to resolve this Grievance informally.

Sick call Request on APRiL 17 2017 and Before And discussed this with medical
stAFF on APRiL 16 + 17, 2017

Date that you are depositing this Grievance in a grievance box: 4-21-17

Signature of Grievant: Robert Taylor               Date: 4-21-17

---

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

☐ ASD   ☑ CFCF   ☐ DC   ☐ HOC   ☐ PICC   ☐ RCF

NAME ROBERT TAYLOR                 HOUSING UNIT: D1-1
PID: 946529                        INTAKE NUMBER 1522426
Check box only if grievance is regarding Medical Services ☑

---

### Description of Grievance, Incident or Problem
### (Include date and time of incident)

April 21, 2017
on/around 10:00 Am

MEDICAL DENIAL/DeliberATE INDIFEERENCE

GRIEVANT/INMATE Went To medical FoR EmeRgency BReAthing
TReAtment FoR His Asthma As GRIEVANT/INMATE hAS Been
without inhaler FoR DAYS. GRIEVANT/INmaTe wAS deniED and RefUSED
TReAtment By TRiAge medical STAFF ReAson given wAS that wee zing
wAS not heard FRom His Lungs and thats the only wAy to RecEiVe TReAtment
AFter Being RepeAtedly Told By GRIEVANT/InmaTE that His Lungs
were constricted and He could not BreAthe Bit BARely having short
BerAthe GRIEVANT/InmatE wAS Told nothing could Be Done And That
He wAS PRescribedAn INhaleR Aweek BeFoRe. GRievant/InmAte Told
medicAl stAFF that that wAs A different medicine which medicAl kept
GRiEVANT/InmatE Doe's not hAve oR use Due To it making him sicker And
having Allergic ReAction of throat Swelling NAUSEA And other complications
GRIEVANT/InmaTE is usUally ISSUED His Albuterol medicine Bit
FoR Some ReAson now is Being RefUSED it. As Result GRievAnt/Inmate
is BEing Put To undUE suFFeRing In violAtion of his constitUtionAL
And statUtoRY Rights SECURED By the Eight and FoUrtEEnth Amendments

---

### Action Requested by Inmate:

That GRievAnt/InmatE Be Given TREAtment And His pRoper
medicine

See: Continuation of Grievance – Page 2   YES ☐   No ☐

Describe how and when you tried to resolve this Grievance informally.

BeFoRe this wRittenwhce onApRil 21,2017 Bewght this To medicAl StaFF's
Attention aswell As on ApRil 17,2017

---

Date that you are depositing this Grievance in a grievance box: ApRil 21, 2017

Signature of Grievant: Robert Taylor                 Date: ApRil 21, 2017

---

86-570 (Rev. 6/16) 1. Deputy Warden for Administration   2. Warden   3. Inmate's Receipt of Filing

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

| ☐ ASD | ☑ CFCF | ☐ DC | ☐ LOC | ☐ PICC | ☐ RCF |
|-------|--------|------|-------|--------|-------|

NAME: RUBERT TAYLOR                          HOUSING UNIT: D1-1

PID: 446529                                  INTAKE NUMBER: 1522426

Check box only if grievance is regarding Medical Services ☑

### Description of Grievance, Incident or Problem
### (Include date and time of incident)

JUNE 25, 2017

on/Around Time 10:00 p.m

DENIAL OF MEDICAL ATTENTION

Grievant was Brought in CFCF medical Unit For InJURY sustained in
FACIAL and Eyes After Being speAYED BY Prison officials with chemical
Compument. Grievant was Blinded And inexcruciating, Pain, And hyperventilating
As grievant had allergic reaction to chemicals. Grievant was refused
Treatment And denied TransPort To the hospital. In violation of
Grievants constitutional and Statutory Rights secured By The
Eighth and Fourteenth Amendments.

### Action Requested by Inmate:

FOR ANY ARising And current medical issues of Grievant To BE TAKEN To nearest
hospital or Another medical institutional Facility For All his medical needs And
Attention for medical.

See: Continuation of Grievance – Page 2   YES ☐   No ☐

Describe how and when you tried to resolve this Grievance informally.

Began Formal Direct resolve

Date that you are depositing this Grievance in a grievance box: JUlY 7, 2017

Signature of Grievant: Robert Tau          Date: JUlY 7, 2017

RESSUEINI
P.O. BOX 12524
PHILADELPHIA, PA, 19151



# PRIORITY
★ MAIL ★

**UNITED STATES POSTAL SERVICE®**

For Domestic Use Only

Label 107R, July 2013

TRACKED
★ ★ ★
INSURED

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

601 MARKET STREET

PHILADELPHIA, PA, 19106



# PRIORITY
★ MAIL ★

TRACKED
★ ★ ★
INSURED



RECEIVED

APR 23 2018

U.S. POSTAGE PAID
PHILADELPHIA, PA
APR 20, '18
AMOUNT
$10.70
R2305K141411-26

1005

19106