AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   17-3369

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  COMMONWEAlTH of PA.
COMMONWEAlTH of PA. DISTRICT ATTORNEYS office

was received by me on *(date)*   5/1/18 .

**FILED**

☐ I personally served the summons on the individual at *(place)*

on *(date)*   MAY 15 2018 , or

KATE BARKMAN, Clerk

☐ I left the summons at the individual's residence or usual place of abode with *(name)*   By _____ Dep. Clerk

, a person of suitable age and discretion who resides there,

on *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  COMMONWEAlTH of PA.
DISTRICT ATTORNEYS office , who is

designated by law to accept service of process on behalf of *(name of organization)*  COMMONWEAlTH of PA

on *(date)*   5/8/18 ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify)*:  SUMMONS WAS SERVED BY WAY of FIRST CLASS MAIL

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  5/8/18

Robert Taylor
*Server's signature*

ROBERT TAYLOR
*Printed name and title*

BOX 12524 PHILADELPHIA, PA, 19151
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED
MAY 15 2018

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the
foregoing document was mailed this
<u>5 / 8 / 18</u>          to:
Month, Day, Year

THE COMMONWEAITH OF PENNSYLVANIA

Name: <u>COMMONWEAITH OF PENNSYLVANIA DISTRICT ATTORNEYS OFFICE</u>

Address: <u>3. S. PENN SQUARE</u>
        <u>PHILADEIPHIA, PA. 19107</u>
        _____

<u>Robert Taylor</u>
Signature

Rev. 10/2009

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-3369

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE COMMONWEALTH COURT PHILADELPHIA CRIMINAL JUSTICE CENTER (CJC)

was received by me on *(date)*  5/1/18  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  THE COMMONWEALTH COURT PHILADELPHIA CRIMINAL JUSTICE CENTER (CJC) , who is
designated by law to accept service of process on behalf of *(name of organization)* THE COMMONWEALTH COURT PHILADELPHIA CRIMINAL JUSTICE CENTER (CJC) on *(date)*  5/8/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  SUMMONS WAS SERVED BY WAY OF FIRST CLASS MAIL
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  5/8/18

Robert Taylor
Server's signature

ROBERT TAYLOR
Printed name and title

Box 12524 PHILADELPHIA, PA, 19151
Server's address

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed this
_5/8/18_____ to:
Month, Day, Year

Name: THE COMMONWEALTH COURT PHILADELPHIA _CRIMINAL JUSTICE CENTER (CJC)_

Address: _1301 FILBERT STREET_
_PHILADELPHIA, PA, 19107_
_____

_Robert Taylor_
Signature

Rev. 10/2009

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    17-3369

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    JUDGE FRANK PALUMBO - CRIMINAL JUSTICE CENTER

was received by me on *(date)*    5/1/18    .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)*  _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    JUDGE FRANK PALUMBO    , who is

designated by law to accept service of process on behalf of *(name of organization)*   JUDGE FRANK PALUMBO

PHILADELPHIA Commonwealth Court (CJC)    on *(date)*  5/8/18    ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   SUMMON WAS SERVED BY WAY OF FIRST CLASS MAIL

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    5/8/18

Robert Taylor
*Server's signature*

ROBERT TAYLOR
*Printed name and title*

Box 12524 PHILADELPHIA, PA, 19151
*Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the
foregoing document was mailed this

_5/8/18_____ to:

Month, Day, Year

Name: _JUDGE FRANK PALUMBO_
_CRIMINAL JUSTICE CENTER (CJC)_

Address: _1301 FILBERT STREET_
_PHILADELPHIA, PA, 19107_
_____

_Robert Taylor_____

Signature

Rev. 10/2009

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    17-3369

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

THE CITY OF PHILADELPHIA

This summons for *(name of individual and title, if any)* CITY OF PHILADELPHIA LAW DEPARTMENT

was received by me on *(date)*    5/1/18    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    THE CITY OF PHILADELPHIA    , who is
CITY OF PHILADELPHIA LAW DEPARTMENT

designated by law to accept service of process on behalf of *(name of organization)* THE CITY OF PHILADELPHIA

CITY OF PHILADELPHIA LAW DEPARTMENT    on *(date)*  5/8/18    ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  SUMMONS WAS SERVED BY FIRST CLASS MAIL

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  5/8/18              Robert Taylor
                                    *Server's signature*

                              ROBERT TAYLOR
                                    *Printed name and title*

                        BOX 12524 PHILADELPHIA, PA, 19451
                                    *Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed this
_5/8/18_ to:
Month, Day, Year

THE CITY of PHILADELPHIA
Name: CITY of PHILADELPHIA, LAW DEPARTMENT

Address: 1515 ARCH STREET

PHILADELPHIA, PA, 19102

_Robert Taylor_
Signature

Rev. 10/2009

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     17-3369

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CITY of PHIADELPHIA, Police officer OBRIEN # 7461

was received by me on *(date)*   5/1/18   .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Police officer OBRIEN # 7461   , who is

designated by law to accept service of process on behalf of *(name of organization)*   CITY of PHILADELPHI

POLICE DEPARTMENT   on *(date)*   5/8/18   ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   SUMMONS WAS served BY FIRST CLASS MAIL

_____ .

My fees are $ _____   for travel and $ _____   for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   5/8/18

_____
*Server's signature*

_____
ROBERT TAYLOR
*Printed name and title*

BOX 12524 PHILADELPHIA, PA, 19151
*Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed this

_5/8/18_____ to:

Month, Day, Year

Name:_____CITY OF PHILADELPHIA POLICE
OFFICER OBRIEN # 7461_____

Address: 1515 ARCH STREET_____
PHILADELPHIA, PA, 19102_____
_____

_____
Signature

*Rev. 10/2009*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    17-3369

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THE PHILADELPHIA PRISON SYSTEM/ DEPARTMENT OF PRISC CURRAN-FROMHOLD CORRECTIONAL FACILITY (CFCF)

was received by me on *(date)*  5/1/18  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* THE PHILADELPHIA PRISON SYSTEM/ DEPARTMENT OF PRISONS CURRAN-FROMHOLD CORRECTIONAL FACILITY , who is

designated by law to accept service of process on behalf of *(name of organization)* THE PHILADELPHIA PRISON SYSTEM DEPT. OF PRISONS CURRAN-FROMHOLD CORRECTIONAL FACILITY (CFCF) on *(date)*  5/8/18  ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  SUMMONS WAS SERVED BY FIRST CLASS MAIL.

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  5/8/18 

_____
Robert Taylor
*Server's signature*

_____
ROBERT TAYLOR
*Printed name and title*

_____
BOX 12524 PHILADELPHIA, PA, 19151
*Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the
foregoing document was mailed this
__*5/8/18*_____ to:
Month, Day, Year

Name: *THE PHILADELPHIA PRISON SYSTEM/DEPT. OF PRISONS CURRAN-FromHolD CORRECTIONAL FACILITY*

Address: *7901 STATE RoaD*

*PHILADELPHIA, PA, 19136*

_____

*Robert Taylor*
Signature

*Rev. 10/2009*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     17-3369

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  WARDEN GERALD MAY (CFCF)
was received by me on *(date)*    5/1/18   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  WARDEN GERALD MAY _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* CURRAN-FROMHOLD

CORRECTIONAL FACILITY. _____ on *(date)* 5/8/18 ___ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  SUMMONS WAS SERVED BY WAY OF FIRST CLASS MAIL
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  5/8/18 ___                         *Robert Taylor*
                                          *Server's signature*

                                          ROBERT TAYLOR
                                          *Printed name and title*


                              BOX 12524 PHILADELPHIA, PA, 19151
                                          *Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the
foregoing document was mailed this
_5/8/18_____ to:
Month, Day, Year

Name: WARDEN GERAID MAY
CURRAN-FROmHOlD CORRECTIONAL FACILITY

Address: 7901 STATE ROAD
PHILADELPHIA, PA, 19136

Robut Laylor
Signature

Rev. 10/2009

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    17-3369

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **SGT LEBESCO - PRISON officIAL (CFCF)**

was received by me on *(date)*   **5/1/18**   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   **SGT. LEBESCO**   , who is

designated by law to accept service of process on behalf of *(name of organization)*  **CURRAN-FROMHOLD**

**CORRECTIONAL FACILITY (CFCF)**   on *(date)* **5/8/18**   ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  **SUMMONS WAS SERVED BY WAY OF FIRST CLASS MAIL.**

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  **5/8/18**                          *Robert Taylor*
                                            *Server's signature*

                                  **ROBERT TAYLOR**
                                  *Printed name and title*

                    **Box 12524 PHILADELPHIA, PA, 19151**
                                  *Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the
foregoing document was mailed this

_5/8/18_____ to:

Month, Day, Year

Name: _S G T, LEBESCO_
_CURRAN-FRamHolD CORRECTIONAL FACILITY_

Address: _7901 STATE ROAD_____
_PHILADELPHIA, PA, 19136_____
_____

_Robert Taylor_____
Signature

*Rev. 10/2009*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     17-3369

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **THE PHILADELPHIA SHERIFFS OFFICE**
was received by me on *(date)*  **5/1/18** .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **THE PHILADELPHIA SHERIFFS OFFICE** , who is
designated by law to accept service of process on behalf of *(name of organization)* **THE PHILADELPHIA
SHERIFFS OFFICE** on *(date)* **5/8/18** ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  **SUMMONS WAS SERVED BY FIRST CLASS MAIL** _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  **5/8/18**

_____
**Robert Taylor**
*Server's signature*

**ROBERT TAYLOR**
*Printed name and title*

**BOX 12524  PHILADELPHIA, PA, 19151**
*Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed this

_5/8/18_____ to:

Month, Day, Year

Name:_THE PHILADELPHIA SHERIFFS OFFICE____

Address:__LAND TITLE BUILDING_____

__100 S. BROAD STREET_____

__PHILADELPHIA, PA, 19110_____

_____

Signature

Rev. 10/2009

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      17-3369

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **THE PHILADELPHIA Public DEFENDERS ASSOCIATION**
was received by me on *(date)*    **5/1/18**    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **THE PHILADELPHIA Public DEFENDERS ASSOCIATION** , who is
designated by law to accept service of process on behalf of *(name of organization)* **THE PHILADELPHIA Public DEFENDERS ASSOCIATION** on *(date)* **5/8/18** ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* **SUMMONS WAS Served By WAY of FiRST class MAIL**

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **5/8/18**

_____ Robert Taylor
*Server's signature*

**RoBERT TAYLoR**
*Printed name and title*

**Box 12524 PHILADELPHIA, PA, 19151**
*Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the
foregoing document was mailed this
 _5/8/18_____ to:
Month, Day, Year

Name:_THE PHILADELPHIA PUBLIC DEFENDERS ASSOCIATION_

Address: _1441 SAMSON STREET_____
 _PHILADELPHIA, PA, 19102_____
 _____

 _Robert Taylor_____
Signature

Rev. 10/2009

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      17-3369

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CHRIS ANGELO (Public DEFENDER)**
was received by me on *(date)*     **5/1/18**             .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  **CHRIS AnGELO (Public DEFENDER**  , who is
designated by law to accept service of process on behalf of *(name of organization)*  **PHILADELPHIA**
**Public DEFENDERS ASSOCIATION** _____ on *(date)*  **5/8/18**        ; or

☐ I returned the summons unexecuted because _____  ; or

☑ Other *(specify):*  **SUMMONS WAS served BY WAY OF FIRSTCLASS MAIL**

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  **5/8/18**

_____
*Server's signature*

**RoBERT TAYLOR**
*Printed name and title*

**Box 12524 PHILADELPHIA, PA, 19151**
*Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the
foregoing document was mailed this
_____5/8/18_____ to:
Month, Day, Year

Name: _CHRIS ANGELO (Public Defender)_

Address: _1441 SAMSON STREET_
_PHILADELPHIA, PA, 19102_
_____

_Robert Taylor_
Signature

Rev. 10/2009

