IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT TAYLOR,<br><br>        Plaintiff,<br><br>v.<br><br>THE COMMONWEALTH OF<br>PENNSYLVANIA, et al.,<br><br>        Defendant. | CIVIL ACTION<br>NO. 17-3369 |

## **ORDER**

**AND NOW**, this 12th day of December 2018, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (Doc. No. 14), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**. The Amended Complaint (Doc. No. 10) is **DISMISSED** as to Defendants City of Philadelphia, the Curran-Fromhold Correctional Facility, the Philadelphia Sheriff's Office, Warden Gerald May, Officer Obrien, and Sergeant Lebesco.

                                                                          BY THE COURT:

                                                                          /s/ Joel H. Slomsky
                                                                          JOEL H. SLOMSKY, J.