TO
U.S. COURT OF APPEALS - THIRD CIRCUIT

U.S. DISTRICT COURT: <u>EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)</u>
(District/state) (Location)

U.S. TAX COURT [ ]       Circuit Court
(Full Caption of District Court Case)      Docket Number: _____

**ROBERT TAYLOR**

vs.

**THE COMMONWEALTH OF PENNSYLVANIA, et al.,**

District Court or
Tax Court
Docket Number: <u>2:17-CV-03369-JHS</u>

District Court or
Tax Court
Judge: <u>HON. JOEL H. SLOMSKY</u>

Notice is hereby given that <u>ROBERT TAYLOR</u>
(NAMED PARTY)

appeals to the UNITED STATES COURT OF APPEALS for the THIRD CIRCUIT

from [ ] JUDGMENT     [✓] ORDER

**FILED**
MAR - 4 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

[ ] OTHER (specify): _____

entered in this action on <u>FEBRUARY 14, 2019</u>.
(Date)

DATED: <u>MARCh 4, 2019</u>

<u>Robert Taylor   PRO SE</u>
Counsel for Appellant -signed      Counsel for Appellee

<u>ROBERT TAYLOR   PRO SE</u>
Named of Counsel- Typed or printed      Address

<u>P.O. BOX 12524</u>
Address

<u>PHILADELPHIA, PA, 19151</u>

Telephone Number or US Govt FTS      Telephone Number or US Govt FTS

Note Use additional sheets if all appellants and/or all counsel for appellee cannot be listed on the Notice of Appeal Form

USCA APPEAL FORM (10/1/04)

RESIDENT
P.O. BOX 12524
PHILADELPHIA, PA 19151


7017 3040 0000 9787 8597

1006

THE UNITED STATES DISTRICT C
FOR THE EASTERN DISTRICT OF PENNSYL
601 MARKET STREE
PHILADELPHIA, PA, 19106-9865

